IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00307-MR-WCM

| | |
|---|---|
| ASHEVILLE BLADE, LLC, | ) |
| MELISSA COIT; and | ) |
| MATILDA BLISS; | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
|   v. | ) |
| | ) |
| CITY OF ASHEVILLE; | ) |
| MICHAEL LAMB | )      ORDER |
| *in his official capacity as* | ) |
| *Asheville Police Chief;* | ) |
| MICHAEL YELTON | ) |
| *in his individual capacity;* | ) |
| MICHAEL MCCLANAHAN | ) |
| *in his individual capacity;* | ) |
| MELISSA LACKEY | ) |
| *in her individual capacity;* | ) |
| JOHNATHAN MCCAIN | ) |
| *in his individual capacity;* | ) |
| LAKEISHA HAWES | ) |
| *in her individual capacity;* | ) |
| MELANIE GRIFFIN | ) |
| *in her individual capacity;* | ) |
| AMY STAPANOWICH | ) |
| *in her individual capacity;* | ) |
| TAYA OVERHOLT | ) |
| *in her individual capacity;* | ) |
| MATT STAPANOWICH | ) |
| *in his individual capacity;* | ) |
| IAN COOPER | ) |
| *in his individual capacity;* | ) |

1

| | |
|---|---|
| **JOHN ZIEGLER** *in his individual capacity;* and **SAMUEL DEGRAVE** *in his individual capacity;* | ) ) ) ) ) |
| **Defendants.** | ) ) ) |

This matter is before the Court on a Joint Motion to Stay (the "Motion," Doc. 5) by which the parties request that this matter be stayed pending the final resolution of a related state criminal case, <u>State v. Bliss</u>, North Carolina Court of Appeals, No. COA24-92 (the "State Criminal Matter").

Additionally, the parties propose that, within 30 days of the final resolution of the State Criminal Matter, Plaintiff file "an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) (reflecting Defendants' advance consent) with the Court, describing the outcome" of the State Criminal Matter. Further, they have agreed that Defendants should have thirty (30) days from the filing of the Amended Complaint in which to respond. Doc. 5 at 3.

For the reasons set forth in the Motion, and after conferring with the chambers of the presiding District Judge, the undersigned will allow the requested stay.

The parties, however, will be required to file periodic status reports regarding the progress of the State Criminal Matter.

In addition, the undersigned declines at this time to direct Plaintiffs to file an Amended Complaint following the completion of the State Criminal Matter or to extend Defendants' deadline for responding to such a pleading, as the logistics regarding the resumption of additional proceedings in this case can be considered in more detail after the State Criminal Matter has concluded.

**IT IS THEREFORE ORDERED THAT**:

1. The Joint Motion to Stay (Doc. 5) is **GRANTED IN PART**, and this matter is **TEMPORARILY STAYED** through and including final resolution of the State Criminal Matter.

2. The parties **SHALL FILE** a Joint Status Report advising of the status of the State Criminal Matter on **Tuesday, June 17, 2025**, and shall file additional reports every ninety (90) days thereafter.

Signed: March 20, 2025

W. Carleton Metcalf
United States Magistrate Judge