# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

Asheville Blade, LLC; Melissa Coit; )
and Matilda Bliss )
) Case No. 1:24-cv-00307
v. )
)
City of Asheville, et al. )

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 20, 2025 [D.E. 8], Plaintiffs Asheville Blade, LLC, Melissa Coit and Matilda Bliss and Defendants City Of Asheville, Michael Lamb, Michael Yelton, Michael Mcclanahan, Melissa Lackey, Johnathan Mccain, Lakeisha Hawes, Melanie Griffin, Amy Stapanowich, Taya Overholt, Matt Stapanowich, and Ian Cooper (the "Defendants"), hereby provide the following joint status report regarding the pending and related state criminal case, State v. Bliss, North Carolina Court of Appeals, No. COA24-92 (the "State Criminal Matter").

    1.    On June 4, 2025, the North Carolina Court of Appeals issued its Opinion finding no error in the trespass conviction of Melissa Coit and Matilda Bliss.

    2.    The Mandate from the Court of Appeals will issue on June 24, 2025, after which time Coit and Bliss have 15 days in which to petition the North

1

Carolina Supreme Court for discretionary review. The petition deadline therefore is July 9, 2025.

3. The parties request this Court leave in place the stay of proceedings at least through July 9, 2025, at which time the parties propose to file with this court an updated status report.

Respectfully submitted this 17th day of June 2025.

**FIRST AMENDMENT CLINIC**
**DUKE LAW SCHOOL**
Attorneys for Plaintiffs
*/s/ C. Amanda Martin*
C. Amanda Martin
N.C. State Bar No. 21186
amartin@law.duke.edu
Sarah Ludington
N.C. State Bar No. 19997
ludington@law.duke.edu
Telephone: 919.613.7048
Fax: 919.613.7262
210 Science Drive
Durham, NC 27708

**ACLU OF NORTH CAROLINA**
**LEGAL FOUNDATION**
Kristi L. Graunke,
NC State Bar No. 51216
kgraunke@acluofnc.org
PO Box 28004
Raleigh, NC, 27611
Telephone: (919) 354-5066

Ben C. Scales, Jr.
NC State Bar No. 34873
ben_scales@yahoo.com
Post Office Box 7382

Asheville, NC 28802
Telephone: 863-529-8312

**ATTORNEY FOR DEFENDANTS**
*s/ Eric P. Edgerton*
Eric P. Edgerton
Sr. Asst. City Attorney
N.C. Bar No. 47717
eedgerton@ashevillenc.gov
P.O. Box 7148
Asheville, NC 28802
Telephone: (828) 259-5473

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2025, the foregoing *Joint Motion to Stay* was filed electronically with the Clerk of the United States District Court for the Western District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of the same to all counsel of record registered with the CM/ECF system.

This is the 17th day of June, 2025

> FIRST AMENDMENT CLINIC
> DUKE LAW SCHOOL
> Attorneys for Plaintiffs
> */s/ C. Amanda Martin*
> C. Amanda Martin
> N.C. State Bar No. 21186
> amartin@law.duke.edu