UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| Asheville Blade, LLC; Melissa Coit, | ) | |
|---|---|---|
| and Matilda Bliss | ) | |
| | ) | Case No. 1:24-cv-00307 |
| v. | ) | |
| | ) | |
| City of Asheville, et al. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated June 18, 2025, Plaintiffs Asheville Blade, LLC, Melissa Coit and Matilda Bliss and Defendants City Of Asheville, Michael Lamb, Michael Yelton, Michael McClanahan, Melissa Lackey, Johnathan McCain, Lakeisha Hawes, Melanie Griffin, Amy Stapanowich, Taya Overholt, Matt Stapanowich, and Ian Cooper (the "Defendants"), hereby provide the following joint status report regarding the pending and related state criminal case, *State v. Bliss*, North Carolina Court of Appeals, No. COA24-92 (the "State Criminal Matter").

1. On June 4, 2025, the North Carolina Court of Appeals issued its Opinion finding no error in the trespass conviction of Melissa Coit and Matilda Bliss.

2. The Mandate from the Court of Appeals issued on June 24, 2025, and Coit and Bliss did not petition the North Carolina Supreme Court for discretionary review.

3. In light of the finality of the state court criminal proceedings, the plaintiffs intend to move for leave to file a First Amended Complaint on or before September 29, 2025.

4. The Parties respectfully request that the Stay in this matter be lifted at such time as the Court rules upon the Plaintiffs' Motion to Amend.

Respectfully submitted this 12th day of September 2025.

| ATTORNEYS FOR PLAINTIFFS | ATTORNEY FOR DEFENDANTS |
|---|---|
| **DUKE LAW SCHOOL**<br>Attorneys for Plaintiffs<br>*/s/ C. Amanda Martin*<br>C. Amanda Martin<br>N.C. State Bar No. 21186<br>amartin@law.duke.edu<br>Sarah Ludington<br>N.C. State Bar No. 19997<br>ludington@law.duke.edu<br>Telephone: (919) 613-7048<br>210 Science Drive<br>Durham, NC 27708<br><br>**ACLU OF NORTH CAROLINA LEGAL FOUNDATION**<br>Kristi L. Graunke<br>NC State Bar No. 51216<br>kgraunke@acluofnc.org<br>PO Box 28004<br>Raleigh, NC, 27611<br>Telephone: (919) 354-5066<br><br>Ben C. Scales, Jr.<br>NC State Bar No. 34873<br>ben_scales@yahoo.com<br>Post Office Box 7382<br>Asheville, NC 28802<br>Telephone: (863) 529-8312 | *s/ Eric P. Edgerton*<br>Eric P. Edgerton<br>Sr. Asst. City Attorney<br>N.C. Bar No. 47717<br>eedgerton@ashevillenc.gov<br>P.O. Box 7148<br>Asheville, NC 28802<br>Telephone: (828) 259-5473 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2025, the foregoing *Joint Status Report* was filed electronically with the Clerk of the United States District Court for the Western District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of the same to all counsel of record registered with the CM/ECF system.

This is the 12th day of September 2025.

                                                FIRST AMENDMENT CLINIC
                                                DUKE LAW SCHOOL
                                                Attorneys for Plaintiffs
                                                */s/ C. Amanda Martin*
                                                C. Amanda Martin
                                                N.C. State Bar No. 21186
                                                amartin@law.duke.edu