IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00307-MR-WCM

| | |
|---|---|
| ASHEVILLE BLADE, LLC, ) | |
| MELISSA COIT; and ) | |
| MATILDA BLISS; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF ASHEVILLE; ) | |
| MICHAEL LAMB ) | ORDER |
| *in his official capacity as* ) | |
| *Asheville Police Chief;* ) | |
| MICHAEL YELTON ) | |
| *in his individual capacity;* ) | |
| MICHAEL MCCLANAHAN ) | |
| *in his individual capacity;* ) | |
| MELISSA LACKEY ) | |
| *in her individual capacity;* ) | |
| JOHNATHAN MCCAIN ) | |
| *in his individual capacity;* ) | |
| LAKEISHA HAWES ) | |
| *in her individual capacity;* ) | |
| MELANIE GRIFFIN ) | |
| *in her individual capacity;* ) | |
| AMY STAPANOWICH ) | |
| *in her individual capacity;* ) | |
| TAYA OVERHOLT ) | |
| *in her individual capacity;* ) | |
| MATT STAPANOWICH ) | |
| *in his individual capacity;* ) | |
| IAN COOPER ) | |
| *in his individual capacity;* ) | |

1

| | |
|---|---|
| JOHN ZIEGLER<br>*in his individual capacity;* and<br>**SAMUEL DEGRAVE**<br>*in his individual capacity;*<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

This matter is before the Court for case management purposes following the filing of a Joint Status Report. Doc. 10.

In light of the representations set forth in the Joint Status Report, **IT IS HEREBY ORDERED**:

1. That the stay is **LIFTED**.

2. That any Motion to Amend or Amended Complaint, as may be appropriate, that Plaintiffs wish to submit shall be filed on or before **September 29, 2025**.

3. That the deadline for Defendants to file an answer or otherwise respond to Plaintiffs' pending Complaint is **TEMPORARILY HELD IN ABEYANCE**.

Signed: September 16, 2025

W. Carleton Metcalf
United States Magistrate Judge