# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# NORTH CAROLINA

| | |
|---|---|
| ASHEVILLE BLADE, LLC, ET AL., *Plaintiffs*, <br><br> v. <br><br> CITY OF ASHEVILLE, ET AL., *Defendants*. | Case No. 1:24-cv-00307 MR-WCM <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Melissa Coit, Matilda Bliss, and the Asheville-based news co-op called the Asheville Blade, LLC (collectively, "Plaintiffs") respectfully move the Court for leave to file the attached First Amended Complaint. Rule 15 provides that a party may amend its pleading with the court's leave and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Allowing Plaintiffs to file the First Amended Complaint would promote judicial efficiency and streamline their claims without prejudicing defendants. Further, Plaintiffs' amendments are proposed in good faith, without undue delay, and are not futile. Defendants, through counsel, consented to this Motion.

As explained in the accompanying memorandum, following the North

1

Carolina Court of Appeals' decision affirming their trespassing convictions, Plaintiffs Coit and Bliss seek to remove original Counts I and IV and other references in the Complaint to unlawful arrest insofar as those claims rest on assertions that Defendants lacked probable cause to arrest them for trespassing. Plaintiffs seek to clarify that they no longer assert claims that they were arrested without probable cause. Plaintiffs also seek to remove Defendants Lamb, Hawes, Griffin, and Overholt from the Complaint and incorporate additional factual allegations to support the remaining claims, which involve retaliatory arrest, unlawful seizure of Bliss's phone, and violations of the Privacy Protection Act of 1980 ("PPA"). Finally, Plaintiffs seek to add one additional claim under the PPA.

Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the attached First Amended Complaint.

Dated: September 29, 2025

Respectfully submitted,

*/s/ C. Amanda Martin*
C. Amanda Martin (Bar No. 21186)
Sarah Ludington (Bar No. 19997)
**First Amendment Clinic**
**Duke Law School**
210 Science Drive
Durham, NC 27708
T: (919) 613-7048
F: (919) 613-7262
E: amartin@law.duke.edu
E: ludington@law.duke.edu

Kristi Graunke (Bar No. 51216)
**ACLU of North Carolina Legal Foundation**
PO Box 28004
Raleigh, NC 27611
T: (919) 354-5066
E: kgraunke@acluofnc.org

Ben C. Scales, Jr.
NC Bar No. 34873
Post Office Box 7382
Asheville, NC 28802
T: 863-529-8312
E: ben_scales@yahoo.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2025, the foregoing *Plaintiffs' Motion for Leave to File First Amended Complaint* was filed electronically with the Clerk of the United States District Court for the Western District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of the same to all counsel of record registered with the CM/ECF system.

This is the 29th day of September 2025.

>FIRST AMENDMENT CLINIC
>DUKE LAW SCHOOL
>Attorneys for Plaintiffs
>*/s/ C. Amanda Martin*
>C. Amanda Martin
>N.C. State Bar No. 21186
>amartin@law.duke.edu