## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE BLADE, LLC, ET AL.,

*Plaintiffs*,

v.

CITY OF ASHEVILLE, ET AL.,

*Defendants*.

No. 1:24-cv-00307-MR-WCM

## PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITIES

Plaintiffs Asheville Blade, Matilda Bliss and Melissa ("Vee") Coit hereby give notice of additional authorities relevant to Defendants' pending motion to dismiss (Doc. 15).

1.     *Matter of Search of Real Prop. & Premises of Hannah Natanson*, No. 1:26-SW-00054-WBP, 2026 WL 510727 (E.D. Va. Feb. 24, 2026). This case addresses a government's failure to identify and analyze the Privacy Protection Act of 1980 ("PPA") in a search warrant application.

2.     *Moravitz v. Anderson*, 644 F. App'x 248 (4th Cir. 2016). This case holds that *Heck v. Humphrey*, 512 U.S. 477 (1994) does not bar a § 1983 claim where the civil plaintiff's criminal sentence only involved a monetary fine and not a term of incarceration because the plaintiff could not have practicably sought habeas relief.

Respectfully submitted, this the 11th day of May 2026.

*/s/ Corina Scott*
Corina Scott
NC Bar No. 64573
Kristi Graunke
NC Bar No. 51216
ACLU OF NORTH CAROLINA
LEGAL FOUNDATION
P.O. Box 28004
Raleigh, NC 27611-8004
Tel: (919) 627-3309
Fax: (919) 869-2075
cscott@acluofnc.org
kgraunke@acluofnc.org

Sarah Ludington
NC Bar No. 19997
C. Amanda Martin
NC Bar No. 21186
FIRST AMENDMENT CLINIC DUKE
LAW SCHOOL
210 Science Drive
Durham, NC 27708
Tel: (919) 613-7048
Fax: (919) 613-7262
ludington@law.duke.edu
amartin@law.duke.edu

Ben C. Scales, Jr.
NC Bar No. 34873
Post Office Box 7382
Asheville, NC 28802
Tel: (863) 529-8312
ben_scales@yahoo.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 11, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will effect service on all counsel of record.

*/s/ Corina Scott*
Corina Scott

*Counsel for Plaintiffs*